# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Cathy Renee Gallo,<br><br>  Plaintiff,<br><br>  v.<br><br>Nancy A. Berryhill,<br>Acting Commissioner of<br>Social Security,<br><br>  Defendant. | No.18-cv-928<br><br>(Judge Jones) |

# ORDER

AND NOW, this 15th day of February, 2019, for the reasons discussed in the simultaneously filed memorandum, **it is hereby ordered that:**

1. Plaintiff's appeal of the Commissioner's denial of benefits (Doc. 1) is granted;

2. Pursuant to the fourth sentence of 42 U.S.C. § 405 (g), this matter is remanded to the Acting Commissioner of Social Security for further consideration consistent with the simultaneously filed memorandum; and

3. The Clerk of Court is directed to enter judgment in accordance with this Order and to mark the matter in this Court closed.

<pre>
                              By the Court:


                              s/ John E. Jones III
                              John E. Jones, III
                              United States District Judge
</pre>